# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZENIA BROWN, | Case No. 2:23-cv-00254-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 20] |
| KILOLO KIJAKAZI, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion to accept an untimely filing. Docket No. 20. Plaintiff asks that the Court consider her motion for summary judgment to be timely filed. Plaintiff's motion for summary judgment was due on May 19, 2023. *Id.* at 1. Plaintiff did not file her motion for summary judgment until May 21, 2023. Docket No. 19. Plaintiff submits that the Court should accept this untimely filing because the CM/ECF system was down for maintenance from May 19, 2023, until the evening of May 21, 2023. Docket No. 20 at 2. Accordingly, for good cause show, the Court **GRANTS** Plaintiff's motion to accept an untimely filing. Docket No. 20. The Commissioner's response is due no later than **June 20, 2023**, Fed. R. Civ. P. Supplemental R. for Soc. Sec. 7, and Plaintiff's reply is due no later than **July 5, 2023**, Fed. R. Civ. P. Supplemental R. for Soc. Sec. 8.

IT IS SO ORDERED.

Dated: May 23, 2023

Nancy J. Koppe
United States Magistrate Judge

1