# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZENIA BROWN, | Case No.: 2:23-cv-00254-APG-NJK |
| Plaintiff | **Order for Entry of Judgment** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | |
| Defendant | |

On January 9, 2024, I granted in part plaintiff Zenia Brown's motion for summary judgment and remanded the case for further administrative proceedings. I therefore direct the clerk of court to enter judgment accordingly and close this file.

DATED this 19th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE